UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICKI BLAKLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. 3:08-cv-5186-BHS-KLS<br><br><br>ORDER TO REDACT<br>ADMINISTRATIVE RECORD<br><br>Clerk's Action Required |

Based on the Stipulation between the parties, it is hereby ORDERED that the Clerk and all parties shall remove and destroy pages 33-34 from the Certified Administrative Transcript.

DATED this 24th day of July, 2008.

*[signature]*

Karen L. Strombom
United States Magistrate Judge

Order to Redact Administrative Record - Page 1