UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

VICKI BLAKLEY,

      Plaintiff,

   v.

MICHAEL J. ASTRUE, Commissioner of
Social Security,

      Defendants.

Case No. C08-5186BHS

ORDER ADOPTING REPORT
AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation of the

Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 16). The Court having

considered the Report and Recommendation, the parties' failure to file objections, and the

remaining record, does hereby find and order:

    (1)    The Court adopts the Report and Recommendation; and

    (2)    This action is **REMANDED** for further administrative proceedings as set out

          in the Report and Recommendation.

DATED this 3rd day of February, 2009.

BENJAMIN H. SETTLE
United States District Judge

ORDER