# United States District Court

WESTERN DISTRICT OF WASHINGTON

VICKI BLAKLEY

**JUDGMENT IN A CIVIL CASE**

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

CASE NUMBER: C08-5186BHS

___  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_XX_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **REMANDED** for further administrative proceedings as set out in the Report and Recommendation.

| | |
|---|---|
| _February 6, 2009_ | _BRUCE RIFKIN_ |
| Date | Clerk |
| | |
| | _s/CM Gonzalez_ |
| | Deputy Clerk |